# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BOSHRA ALSAIDI,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 17-0465 (ESH) |
| ) | |
| **UNITED STATES DEPARTMENT** ) | |
| **OF STATE,** *et al*. ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## ORDER

On September 11, 2017, defendants filed a motion to dismiss plaintiffs' complaint.  (*See* Defs.' Mot. To Dismiss, ECF No. 12.)   Plaintiff's response to this motion was originally due on or before September 25, 2017, but the Court granted a joint motion for extension of time and gave plaintiff until October 16, 2017, to file a response.  (*See* Minute Order, Aug. 3, 2017.)   To date, plaintiff has not filed a response and has not sought a further extension of time.   The Local Rules for this Court provide that if a party fails to file an opposition to a motion "within the prescribed time, the Court may treat the motion as conceded."   LCvR 7(b); *see Twelve John Does v. District of Columbia*, 117 F.3d 571, 577 (D.C. Cir. 1997) ("Where the district court relies on the absence of a response as a basis for treating the motion as conceded, we honor its enforcement of the rule."); *Fox v. Am. Airlines, Inc.*, 389 F.3d 1291, 1295 (D.C. Cir. 2004) (same).   Accordingly, it is hereby

**ORDERED** that defendant's Motion to Dismiss, ECF No. 12, is **GRANTED** as conceded; and it is further

**ORDERED** that the above-captioned matter is **DISMISSED WITHOUT PREJUDICE**.

/s/    *Ellen Segal Huvelle*
ELLEN SEGAL HUVELLE
United States District Judge

Date:  October 24, 2017